UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PINKAS GLAUBER, individually and on behalf of all others similarly situated

Docket No.: 7:17-cv-04537 (KMK)

Plaintiff,

v.

**STIPULATION OF DISCONTINUANCE**

Preferred Mart Corp., Zint LLC, Zint Nutrition, LLC, Qualitique Sales Inc., Joel Brach, Rachel Brach, Jack Mann, Gitel Mann, Joel Moskowitz, Nachman Berkowitz, Brisk & Associates, Bernard Brisk, Joel Scher, Right Choice Compnet Inc.

Defendant.
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for all parties herein that, whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that all of the causes of action in the above-captioned action brought under the FLSA including without limitation:

FIRST CAUSE OF ACTION FLSA FAILURE TO PAY MINIMUM WAGE- 29 U.S.C. §§ 206;
SECOND CAUSE OF ACTION FLSA FAILURE TO PAY OVERTIME - 29 U.S.C. §§ 207;
FIFTH CAUSE OF ACTION FLSA FAILURE TO KEEP ADEQUATE AND ACCURATE RECORDS 29 U.S.C. § 211(C); 29 C.F.R. § 516.2;

are hereby and shall be discontinued withprejudice and without costs to either party;

**AND IT IS FURTHER STIPULATEDAND AGREED,** that this Stipulation may be signed in counterparts and by facsimile or electronic signature each of which shall be an original but all of which together shall constitute one and the same instrument. This Stipulation may be filed without further notice with the Court.

Dated: October 4, 2018

THE LAW OFFICES OF STEVEN A.
FELDMAN & ASSOCIATES, PLLC

By: _____
Steven A. Feldman, Esq.
Attorney for Plaintiff
763 Dogwood Ave
West Hempstead, NY 11552
(516) 537-8357

Dated: October 4, 2018

AVROM R. VANN, P.C.

By: _____
Avrom R. Vann, Esq.
Attorneys for Defendants
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
(212) 382-1700

SO ORDERED

_____
HON. JUDITH C. MCCARTHY